08cv382
Judge SHADUR
Mag. Judge COLE

FILED
J:N JAN 1 7 2008
Jan 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: George Alexander Rodriguez
(Please print)

STREET ADDRESS: 15670 W Sprucewood Lane

CITY/STATE/ZIP: Libertyville, IL 60048

PHONE NUMBER: 847 816-7641 Home
Cell Phone 224 234-4447

CASE NUMBER: 440-2007-00157X

_____  1/9/08
Signature / Date