7/18/02

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

FILED
JAN 1 7 2008
Jan 17, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

George A Rodriguez
_____
Plaintiff

v.

Secretary Gordon H Mansfield         CASE N:  08cv382
_____                              Judge SHADUR
Defendant(s)                         JUDGE    Mag. Judge COLE
Dept of Veteran Affairs

Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:

I, George A Rodriguez, declare that I am the ☒plaintiff ☐petitioner ☐movant (other____) in the above-entitled case. This affidavit constitutes my application ☐ to proceed without full prepayment of fees, or ☒ in support of my motion for appointment of counsel, or ☒ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☐Yes   ☒No   (If "No," go to Question 2)
   I.D. #_____ Name of prison or jail:_____
   Do you receive any payment from the institution?  ☒Yes  ☐No  Monthly amount: Social Security $1266 month and $525.29 month

2. Are you currently employed?       ☐Yes   ☒No
   Monthly salary or wages: none
   Name and address of employer: none

   a. If the answer is "No":
      Date of last employment: July 20, 2005
      Monthly salary or wages: _____
      Name and address of last employer: Dept of Veteran Affairs medical Center north Chicago, IL 60064

   b. Are you married?                ☒Yes   ☐No
      Spouse's monthly salary or wages: 35,000 year
      Name and address of employer: School teacher

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same address received more than $200 from any of the following sources? Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.

   a. Salary or wages                                          ☐Yes   ☒No
      Amount_____ Received by_____

   b. ☐ Business, ☐ profession or ☐ other self-employment     ☐Yes   ☒No
      Amount_____ Received by_____

Page 1 of 3

c.  ☐ Rent payments, ☐ interest or ☐ dividends       ☐Yes  ☒No
Amount_____ Received by_____

d.  ☐ Pensions, ☒ social security, ☐ annuities, ☐ life insurance, ☒ disability, ☐ workers'
compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                    ☐Yes  ☐No
Amount __1266_____ Received by_____

e.  ☐ Gifts or ☐ inheritances                        ☐Yes  ☒No
Amount_____ Received by_____

f.  ☐ Any other sources (state source:_____)  ☐Yes  ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same address have more than $200 in cash or checking or savings accounts?  ☒Yes  ☐No  Total amount: __Don't Know__
In whose name held: __Emma Rodriguez__  Relationship to you: __Wife__

5. Do you or anyone else living at the same address own any stocks, bonds, securities or other financial instruments?  ☐Yes  ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same address own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?  ☐Yes  ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same address own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                    ☒Yes  ☐No
Property: __Vehicle 2007 KIA__
Current value: __17,000__
In whose name held: __Emma Rodriguez__  Relationship to you: __Wife__

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☐No dependents

__My daughter Catherine Rodriguez 14 year old__
__Live at Home__


I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 1/9/08

_____
Signature of Applicant

George Rodriguez
(Print Name)

---

**NOTICE TO PRISONERS:** <u>A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts.</u> Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account—prepared by <u>each</u> <u>institution</u> where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, _____, I.D.# _____, has the sum of $ _____ on account to his/her credit at (name of institution) _____. I further certify that the applicant has the following securities to his/her credit: _____. I further certify that during the past six months the applicant's average monthly deposit was $ _____. (Add all deposits from all sources and then <u>divide</u> by number of months).

_____                    _____
DATE                                       SIGNATURE OF AUTHORIZED OFFICER

                                           _____
                                           (Print name)

rev. 7/18/02

# Social Security Administration

Date: November 13, 2007
Claim Number: 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A

1BEV010007381  0.345  MB  0.360      00000031

GEORGE A RODRIGUEZ
15670 W SPRUCEWOOD LN
LIBERTYVILLE IL 60048-1450

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2006, the full monthly Social Security benefit before any deductions is $ 1266.00.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 1266.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**If You Have Any Questions**

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 847-244-5004. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 1930 N LEWIS AVE
> WAUKEGAN, IL 60085

See Next Page

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

Linda S. McMahon
Deputy Commissioner
   for Operations

UNITED STATES
OFFICE OF PERSONNEL MANAGEMENT
RETIREMENT PROGRAMS
BOYERS, PA 16017

| Date |
|---|
| **NOVEMBER 13, 2007** |
| Name of annuitant |
| **GEORGE A RODRIGUEZ** |
| Retirement claim number |
| **A82767000** |
| Case name |
| **GEORGE A RODRIGUEZ** |
| Social security number |
| **xxx-xx-4587** |

**GEORGE A RODRIGUEZ**
**15670 W SPRUCEWOOD LN**
**LIBERTYVILLE IL 60048**

## Verification of Annuity

The following information is provided in response to your request for verification of your retirement benefits under the Civil Service Retirement System or the Federal Employees Retirement System.

| | | | |
|---|---|---|---|
| Annuity commencing date | **July 30, 2005** | Effective date of current gross | **December 1, 2006** |
| Current gross monthly annuity | **$1,223.00** | | |

### Additions

| | | | |
|---|---|---|---|
| Health benefits | | Other additions | |

### Deductions

| | | | |
|---|---|---|---|
| Health benefits | **290.98** | Medicare | |
| Federal income tax | | State income tax | |
| Basic life insurance | **15.28** | Post retirement Basic life insurance | **28.20** |
| Option A - Standard | **1.95** | Option B - Additional | |
| Option C - Family | **1.30** | Other deductions | |
| Net monthly annuity | **$885.29** | Other deductions | |

The annuity of a retired member terminates on the day the member dies or the date of other terminating events provided by title 5, U.S. Code, Section 8345(c), *et seq.*

Remarks:

Signature

*L. S. Sukhadia*

LORRAINE S SUKHADIA, CUSTOMER SERVICE SPECIALIST
Office of Retirement Programs

Previous editions are usable

RI 38-75
Revised April 1993