UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s) George A Rodriguez

v.

Defendant(s) Gordon H. Mansfield Secretary of Veterans Affairs

08cv382
Judge SHADUR
Mag. Judge COLE

**MOTION FOR APPOINTMENT OF COUNSEL**

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, George Alexander Rodriguez, declare that I am the (check appropriate box) [X] plaintiff [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding[NOTE: This item *must* be completed]:

    FILED
    J N
    JAN 1 7 2008
    Jan 17, 2008
    MICHAEL W. DOBBINS
    CLERK, U.S. DISTRICT COURT

3. In further support of my motion, I declare that (check appropriate box):

    [ ] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

    [X] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

    [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.

    [X] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.

    [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____
Movant's Signature

1/9/08
Date

15670 W Sprucewood Lane
Street Address

Libertyville, IL 60048
City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

| | |
|---|---|
| Assigned Judge: Keys | Case Number: 1:06-cv-0706 |
| Case Title: First Amended complaint at Law Equity | |
| Appointed Attorney's Name: Charles V muscarello | |
| If this case is still pending, please check box ☒ | |

| | |
|---|---|
| Assigned Judge: _____ | Case Number: _____ |
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: _____ | Case Number: _____ |
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |

| | |
|---|---|
| Assigned Judge: _____ | Case Number: _____ |
| Case Title: _____ | |
| Appointed Attorney's Name: _____ | |
| If this case is still pending, please check box ☐ | |