**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **GEORGE RODRIGUEZ,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No. 08-CV-00382** |
| v.  ) | |
| ) | |
| **GORDON H. MANSFIELD, Secretary of** ) | **Judge Shadur** |
| **Department of Veterans Affairs,** ) | |
| **PATRICK L. SULLIVAN, Director,** ) | |
| **Medical Center,** ) | |
| **CHRISTOPHER A. PRICE, Acting Director** ) | |
| **Of Law Enforcement Training Center,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff George Rodriguez, by his attorney, Michael B. Galibois of Chittenden Murday & Novotny LLC, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate to voluntary dismissal of the above-captioned action, bearing Cause No.: 08-CV-00382, without prejudice.

                        **Counsel for Plaintiff, George Rodriguez**

                        /s/   Michael B. Galibois

                        Michael B. Galibois mgalibois@cmn-law.com
                        Chittenden, Murday & Novotny LLC
                        303 W. Madison, Suite 1400
                        Chicago, Illinois  60606
                        (312) 281-3600 (phone)
                        (312) 281-3678 (facsimile)

-2-

**CERTIFICATE OF SERVICE**

     I hereby certify that on **June 26, 2008**, a copy of the foregoing **Plaintiff's Notice of Voluntary Dismissal** was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

     Patrick W. Johnson
     Assistant United States Attorney
     Patrick.Johnson@usdoj.gov

     AUSA
     USAILN.ECFUSA@usdoj.gov

     Ann L. Wallace
     Ann.Wallace@usdoj.gov

     Rose Mary Campbell
     Rose.Mary.Campbell@usdoj.gov

     Eileen Marutzky
     Eileen.Marutzky@usdoj.gov

     /s/  Michael B. Galibois